**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**CASE NO: 2:25-cv-13020-MAG-EAS**

**AHLEM DIOMANDE,**
individually and on behalf of all
others similarly situated,

**CLASS ACTION**

Plaintiff,

**JURY TRIAL DEMANDED**

v.

**JUMPSTART FINANCE LLC**

Defendant.
_________________________________/

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff, through her undersigned counsel, responds to the Court's Order to Show Cause, and states:

This action was filed on September 24, 2025. On September 26, 2025, the summons was issued and sent by the undersigned to his process server. The process server responded that the summons issued by the Clerk did not have a service address. However, the undersigned overlooked the process server's response and request for a service address, and the Complaint was consequently not timely served.

On November 17, 2025, during a review of the case file, the undersigned followed up with the process server as to why the Complaint had not been served. The process server again requested a service address which was immediately provided. On November 18, 2025, this Court issued its Order to Show Cause, which prompted the undersigned to request rush service of the Complaint. Service occurred on November 19, 2025, with a response date of December 10, 2025.

The undersigned apologizes to the Court for his oversight and respectfully requests issuance of an Order discharging the show cause order.

Dated: November 20, 2025

Respectfully submitted,

**HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*

Manuel S. Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Boulevard, Suite 1400
Ft. Lauderdale, Florida 33301
Telephone: 954.400.4713
E-mail: mhiraldo@hiraldolaw.com