UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AHLEM DIOMANDE,

    Plaintiff,

Civil Action No. 25-cv-13020

vs.

HON. MARK A. GOLDSMITH

JUMPSTART FINANCE LLC,

    Defendant.
_____/

### ORDER REGARDING SHOW CAUSE

The Court issued a show cause order on November 18, 2025 regarding why this case should not be dismissed without prejudice pursuant to E. D. Mich. L.R. 41.2 for failure to prosecute (Dkt. 4). Plaintiff responded on November 20, 2025 explaining that counsel overlooked a message from the process server that the summons did not contain a service address (Dkt. 6). Plaintiff's counsel corrected his mistake and the complaint was served on November 19, 2025 (Dkt. 6). Accordingly, no further action is required relative to the show cause order.

Dated: November 25, 2025
    Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE