**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**CASE NO: 2:25-cv-13020-MAG-EAS**

**AHLEM DIOMANDE,**
individually and on behalf of all
others similarly situated,

Plaintiff,

**CLASS ACTION**

**JURY TRIAL DEMANDED**

v.

**JUMPSTART FINANCE LLC**

Defendant.
______________________________/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Ahlem Diomande, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this matter without prejudice inclusive of all claims she has asserted, or that could have been asserted, by Plaintiff individually against Defendant, be, and the same hereby are, dismissed in its entirety without prejudice, with each party bearing its own fees and costs. All claims of the putative class are hereby dismissed without prejudice.

Dated: January 5, 2026

Respectfully submitted,
**HIRALDO P.A.**
*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Boulevard, Suite 1400
Ft. Lauderdale, Florida 33301
Telephone: 954.400.4713
E-mail: mhiraldo@hiraldolaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on January 5, 2026, the foregoing was filed electronically. Notice of this filing will be sent to all parties, via their counsel of record, by operation of the Court's electronic filing and docketing system.

**HIRALDO P.A.**
*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Boulevard, Suite 1400
Ft. Lauderdale, Florida 33301
Telephone: 954.400.4713
E-mail: mhiraldo@hiraldolaw.com